# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         Magistrate No. __24-1048__

v.

MATTHEW MANUEL

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this __16th__ day of __May__, 2024

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

/s/ Andrea D. Bergman
HONORABLE ANDREA D. BERGMAN
UNITED STATES MAGISTRATE JUDGE